# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ABDULL SHAIKH SHABAZ,
a/k/a ERNEST HOWARD NELSON,

       Petitioner,

v.                                         CASE NO.  4:07cv551-RH/EMT

WARDEN HICKS,

       Respondent.
_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is DISMISSED without prejudice for failure to abide by an order of the court.  The clerk shall enter judgment accordingly and shall close the file.

SO ORDERED this 11th day of April, 2008.

                        s/Robert L. Hinkle_____
                        Chief United States District Judge